# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH REGO,<br><br>                Plaintiff,<br><br>  vs.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>                Defendant. | CASE NO. 12cv2894-LAB (WVG)<br><br>**ORDER DISMISSING COMPLAINT; AND**<br><br>**ORDER QUASHING SUMMONS; AND**<br><br>**ORDER DENYING REQUEST FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

    On December 5, 2012, Plaintiff Joseph Rego, an attorney registered within this District's Case Management/Electronic Case Filing system, electronically filed his complaint in this action. The Clerk in response issued a summons electronically (Docket no. 3).

    Rego did not, however, pay the filing fee required under 28 U.S.C. § 1914 nor did he file a motion to proceed *in forma pauperis*. Accordingly, the complaint is **DISMISSED WITHOUT PREJUDICE**. *See Heizelman v. Doe*, 2012 WL 5392189, slip op. at *3 (S.D.Cal., Nov. 5, 2012) (reaffirming dismissal of civil action for failure to pay the required $350 filing fee). Because no fee was paid, the Clerk should not have issued the summons. The summons electronically issued is therefore **QUASHED**.

/ / /

/ / /

In the complaint's prayer for relief, Rego included a request for a temporary restraining order (TRO) and preliminary injunction. As a result, the Clerk docketed the complaint alternatively as a motion for a TRO. (Docket no. 2.)

The request was improper for several reasons. First, although Rego is asking for a ruling, his request was not filed or briefed as a motion, but instead was tucked into the complaint; furthermore, it does not comply with this Court's rules regarding motions. *See* Civil Local Rule 7.1(f)(1). The request for a TRO also does not comply with Fed. R. Civ. P. 65(b)'s requirements, or this chambers' standing order regarding notice to opposing parties. *See* Standing Order, ¶ 5. Finally, the request for a TRO and preliminary injunction does not adequately address the standards for issuance of a TRO or preliminary injunction. *See Stanchart Securities Int'l, Inc. v. Galvadon*, 2012 WL 5286952 at *1 (S.D.Cal., Oct. 24, 2012) (discussing standards for issuance of TRO and preliminary injunction).

The request for a TRO or preliminary injunction (Docket no. 2) is therefore **DENIED**.

**IT IS SO ORDERED**.

DATED: December 5, 2012

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge